A CERTIFIED TRUE COPY
ATTEST

By Teresa Bishop on Sep 09, 2010

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Aug 25, 2010

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: PHOTOCHROMIC LENS
ANTITRUST LITIGATION

MDL No. 2173

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-1)**

On August 6, 2010, the Panel transferred five civil actions to the United States District Court for the Middle District of Florida for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See _F.Supp.2d (J.P.M.L. 2010). With the consent of that court, all such actions have been assigned to the Honorable James D. Whittemore.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Middle District of Florida and assigned to Judge Whittemore.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Middle District of Florida for the reasons stated in the order of August 6, 2010, and, with the consent of that court, assigned to the Honorable James D. Whittemore.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Middle District of Florida. The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Sep 09, 2010

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

I certify the foregoing to be a true
and correct copy of the original.
SHERYL L. LOESCH, Clerk
United States District Court
Middle District of Florida
By: _____
Deputy Clerk

IN RE: PHOTOCHROMIC LENS
ANTITRUST LITIGATION                                    MDL No. 2173

### SCHEDULE CTO-1 - TAG-ALONG ACTIONS

| DIST. DIV. | C.A. # | CASE CAPTION |
|---|---|---|
| **CALIFORNIA NORTHERN** | | |
| CAN 3 | 10-1984 | John Donohoe v. Transitions Optical, Inc. |
| CAN 3 | 10-2738 | Eric Terrell v. Transitions Optical, Inc., et al. |
| CAN 3 | 10-3099 | Cary'l O'Keefe v. Transitions Optical, Inc. |
| **DISTRICT OF COLUMBIA** | | |
| DC 1 | 10-835 | Carmel Mountain Vision Care v. Transitions Optical, Inc., et al. |
| **DELAWARE** | | |
| DE 1 | 10-635 | Insight Equity AP X LP v. Transitions Optical, Inc. |
| **FLORIDA SOUTHERN** | | |
| FLS 1 | 10-21518 | Gary Steven Eyes, Inc. v. Transitions Optical, Inc., et al. ✓ |
| FLS 1 | 10-21739 | Optical Supply, Inc. v. Transitions Optical, Inc., et al. ✓ |
| **KANSAS** | | |
| KS 2 | 10-2328 | DeWayne Blake v. Transitions Optical, Inc. |
| **TEXAS NORTHERN** | | |
| TXN 3 | 10-881 | Sickbert Family Eye Care, LLC, et al. v. Essilor Laboratories of America, Inc., et al. |
| **WASHINGTON WESTERN** | | |
| WAW 2 | 10-730 | Pennachio & Fishman, M.D., P.A. v. Transitions Optical, Inc., et al. |
| WAW 2 | 10-761 | Point of View, Inc. v. Transitions Optical, Inc., et al. |
| WAW 2 | 10-1044 | Dr. Robert A. Sherman, P.C. v. Transitions Optical, Inc., et al. |
| WAW 2 | 10-1046 | Metropolitan Optical, Inc. v. Transitions Optical, Inc., et al. |

Page 1 of 3

IN RE: PHOTOCHROMIC LENS
ANTITRUST LITIGATION

MDL No. 2173

PANEL SERVICE LIST (CTO-1)

Donald Amamgbo
AMAMGBO & ASSOCIATES
7901 Oakport Street
Suite 4900
Oakland, CA 94621
damamgbo@amamgbolaw.com

Barry C. Barnett
SUSMAN GODFREY LLP
901 Main Street
Suite 5100
Dallas, TX 75202-3775
bbarnett@susmangodfrey.com

Ben Barnow
BARNOW & ASSOCIATES PC
One North LaSalle Street
Suite 4600
Chicago, IL 60602
b.barnow@barnowlaw.com

Joseph M. Barton
GLANCY BINKOW
& GOLDBERG LLP
One Embarcadero Center
Suite 760
San Francisco, CA 94111
jbarton@glancylaw.com

Garrett D. Blanchfield, Jr.
REINHARDT WENDORF
& BLANCHFIELD
E1250 First National Bank
Building
332 Minnesota Street
St. Paul, MN 55101
g.blanchfield@rwblawfirm.com

Zach Chafee-McClure
SHOOK HARDY
& BACON LLP
2555 Grand Boulevard
Kansas City, MO 64108-2613
zmcclure@shb.com

M. Stephen Dampier
LAW OFFICES OF M STEPHEN
DAMPIER PC
55 North Section Street
Farirhope, AL 36532
stevedampier@dampierlaw.com

Lisa A. Davis
WILSON SONSINI GOODRICH
& ROSATI
650 Page Mill Road
Palo Alto, CA 94304
ldavis@wsgr.com

Isaac L. Diel
SHARP MCQUEEN PA
6900 College Boulevard
Suite 285
Overland Park, KS 66211
idiel@sharpmcqueen.com

Katherine W. Ezell
PODHURST ORSECK PA
City National Bank Building
25 W. Flagler Street
Suite 800
Miami, FL 33130-1780
KEzell@podhurst.com

Raymond J. Farrow
KELLER ROHRBACK LLP
1201 Third Avenue
Suite 3200
Seattle, WA 98101-3052
rfarrow@kellerrohrback.com

Gregory P. Hansel
PRETI FLAHERTY BELIVEAU
PACHIOS & HALEY LLP
One City Center
P.O. Box 9546
Portland, ME 04112-9546
ghansel@preti.com

Jason S. Hartley
STUEVE SIEGEL HANSON LLP
550 West C Street, Suite 610
San Diego, CA 92101
hartley@stuevesiegel.com

Michael D. Hausfeld
HAUSFELD LLP
1700 K Street, NW
Suite 650
Washington, DC 20006
mhausfeld@hausfeldllp.com

William E. Hoese
KOHN SWIFT & GRAF PC
One South Broad Street
Suite 2100
Philadelphia, PA 19107
whoese@kohnswift.com

MDL No. 2173 - Panel Service List (CTO-1) (Continued)

Benjamin F. Johns
CHIMICLES & TIKELLIS LLP
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041
bfj@chimicles.com

Barry M. Kaplan
WILSON SONSINI
GOODRICH & ROSATI
701 Fifth Avenue
Suite 5100
Seattle, WA 98104
bkaplan@wsgr.com

Daniel Karon
GOLDMAN SCARLATO
& KARON PC
55 Public Square
Suite 1500
Cleveland, OH 44113
karon@gsk-law.com

Susan G. Kupfer
GLANCY BINKOW
& GOLDBERG LLP
One Embarcadero Center
Suite 760
San Francisco, CA 94111
skupfer@glancylaw.com

Roberta D. Liebenberg
FINE KAPLAN
& BLACK RPC
1835 Market Street
28th Floor
Philadelphia, PA 19103
rliebenberg@finekaplan.com

Robert W. Mallard
DORSEY & WHITNEY LLP
300 Delaware Avenue
Suite 1010
Wilmington, DE 19801
mallard.robert@dorsey.com

H. Laddie Montague, Jr.
BERGER & MONTAGUE PC
1622 Locust Street
Philadelphia, PA 19103-6365
hlmontague@bm.net

Brian Murray
MURRAY FRANK
& SAILER LLP
275 Madison Avenue
Suite 801
New York, NY 10016-6099
bmurray@murrayfrank.com

Krishna B. Narine
LAW OFFICE OF
KRISHNA B NARINE
101 Greenwood Avenue
Suite 600
Jenkintown, PA 19046
knarine@kbnlaw.com

Linda P. Nussbaum
NUSSBAUM LLP
88 Pine Street
14th Floor
New York, NY 10005
lnussbaum@nussbaumllp.com

Chul Pak
WILSON SONSINI GOODRICH
& ROSATI
1301 Avenue of the Americas
40th Floor
New York, NY 10019
cpak@wsgr.com

Behram V. Parekh
KIRTLAND & PACKARD LLP
2361 Rosecrans Avenue
4th Floor
El Segundo, CA 90245
bvp@kirtlandpackard.com

Simon B. Paris
SALTZ MONGELUZZI BARRETT
& BENDESKY PC
One Liberty Place
1650 Market Street
52nd Floor
Philadelphia, PA 19103
sparis@smbb.com

John M. Parisi
SHAMBERG JOHNSON
& BERGMAN CHTD
2600 Grand Blvd.
Suite 550
Kansas City, MO 64108
jparisi@sjblaw.com

Ralph K. Phalen
RALPH K PHALEN LAW PC
1000 Broadway
Suite 400
Kansas City, MO 64105
phalenlaw@yahoo.com

J. Douglas Richards
COHEN MILSTEIN SELLERS
& TOLL PLLC
88 Pine Street
14th Floor
New York, NY 10005
drichards@cohenmilstein.com

MDL No. 2173 - Panel Service List (CTO-1) (Continued)

Douglas C. Ross
DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue
Suite 2200
Seattle, WA 98101-3045
Douglasross@dwt.com

Herman J. Russomanno
RUSSOMANO & BORELLO PA
Museum Tower
Penthouse 2800
150 W. Flagler Street
Miami, FL 33130
herman2@russomanno.com

Hollis L. Salzman
LABATON SUCHAROW LLP
140 Broadway
33rd Floor
New York, NY 10005
hsalzman@labaton.com

Scott Andrew Sher
WILSON SONSINI GOODRICH
& ROSATI
1700 K Street, NW
Fifth Floor
Washington, DC 20006
ssher@wsgr.com

Donna F. Solen
MASON LLP
1625 Massachusetts Avenue, NW
Suite 605
Washington, DC 20036
dsolen@masonlawdc.com

Eugene A. Spector
SPECTOR ROSEMAN KODROFF
& WILLIS PC
1818 Market Street
Suite 2500
Philadelphia, PA 19103
Espector@srkw-law.com

Jeffrey Todd Sprung
HAGENS BERMAN SOBOL
SHAPIRO LLP
1918 8th Avenue
Suite 3300
Seattle, WA 98101
jeff@hbsslaw.com

Reginald Von Terrell
TERRELL LAW GROUP
Post Office Box 13315 PMG #148
Oakland, CA 94661
reggiet2@aol.com

Edward M. Waller, Jr.
FOWLER WHITE BOGGS PA
501 E. Kennedy Boulevard
Suite 1700
Tampa, FL 33602
ewaller@fowlerwhite.com

Robert Thomas Watson
HOLLAND & KNIGHT LLP
701 Brickell Avenue
Suite 3000
Miami, FL 33131-5441
robert.watson@hklaw.com

Mark W. Bayer
GARDERE WYNNE
& SEWELL LLP
1601 Elm Street
Suite 3000
Dallas, TX 75201-4761
mbayer@gardere.com

Kay Lynn Brumbaugh
ANDREWS KURTH LLP
1717 Main Street
Suite 3700
Dallas, TX 75201
kaylynnbrumbaugh@andrewskurth.com

Irwin B. Levin
COHEN & MALAD LLP
One Indiana Square
Suite 1400
Indianapolis, IN 46204
ilevin@cohenandmalad.com

Stephen D. Susman
SUSMAN GODFREY LLP
1000 Louisiana
Suite 5100
Houston, TX 77002
ssusman@susmangodfrey.com

Paul R. Taylor
BYRNES KELLER
CROMWELL LLP
1000 Second Avenue
38th Floor
Seattle, WA 98104
ptaylor@byrneskeller.com

IN RE: PHOTOCHROMIC LENS
ANTITRUST LITIGATION

MDL No. 2173

### INVOLVED JUDGES LIST (CTO-1)

Hon. John C. Coughenour
Senior U.S. District Judge
16229 U.S. Courthouse
700 Stewart Street
Seattle, WA 98101-1271

Hon. W. Royal Furgeson, Jr.
Senior U.S. District Judge
1359 Earle Cabell Federal Bldg.
& U.S. Courthouse
1100 Commerce Street
Dallas, TX 75242

Hon. Donald L. Graham
U.S. District Judge
U.S. District Court
400 N Miami Avenue
Room 13-4
Miami, FL 33128-1812

Hon. Robert B. Kugler
U.S. District Judge
Mitchell H. Cohen U.S. Courthouse
One John F. Gerry Plaza
400 Cooper Street
Camden, NJ 08101

Hon. Richard J. Leon
U.S. District Judge
4335 E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue, N.W.
Washington, DC 20001

Hon. Eric F. Melgren
U.S. District Judge
United States District Court
423 United States Courthouse
401 North Market Street
Wichita, KS 67202-2000

Hon. Marsha J. Pechman
U.S. District Judge
14229 U.S. Courthouse
700 Stewart Street
Seattle, WA 98101-1271

Hon. James L. Robart
U.S. District Judge
14134 U.S. Courthouse
700 Stewart Street
Seattle, WA 98101-1271

Hon. Richard G. Seeborg
U.S. District Judge
U.S. District Court
Phillip Burton U.S. Courthouse
Room 17-6534
450 Golden Gate Avenue
San Francisco, CA 94102-3434

IN RE: PHOTOCHROMIC LENS
ANTITRUST LITIGATION

MDL No. 2173

INVOLVED CLERKS LIST (CTO-1)

Richard W. Wieking, Clerk
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Angela Denise Caesar, Clerk
1834 E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue, N.W.
Washington, DC 20001-2802

Peter T. Dalleo, Clerk
J. Caleb Boggs Federal Bldg.
Lockbox 18
844 North King Street
Wilmington, DE 19801-3570

Steven M. Larimore, Clerk
Federal Courthouse Square
301 North Miami Avenue
Miami, FL 33128-7788

Timothy M. O'Brien, Clerk
259 Robert J. Dole U.S. Courthouse
500 State Avenue
Kansas City, KS 66101-2430

Karen S. Mitchell, Clerk
1452 Earle Cabell Federal Building & U.S. Courthouse
1100 Commerce Street
Dallas, TX 75242-1310

Bruce Rifkin, Clerk
U.S. Courthouse, Lobby Level
700 Stewart Street
Seattle, WA 98101